BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant GIOVANNA WARREN

FILED

MAY 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY G. ARELLANO
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1:07 CR-00121-AWI

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) No. CR 1:07 MJ 094 DLB ) |
| v. | ) STIPULATION AND [PROPOSED] ) ORDER CONTINUING INITIAL ) APPEARANCE/ARRAIGNMENT ) DATE AND EXCLUSION OF TIME |
| GIOVANNA WARREN, | ) ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, May 25, 2007 at ~~1:30~~ p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to June 8, 2007 at ~~1:30 p.m.~~ 1:00 pm for initial appearance/arraignment before the Duty Magistrate at the same location. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                    - 1 -

                    1:00 PM
1  to June 8, 2007, at 1:30 p.m. will allow time to complete the investigation and determine whether or

2  not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal

3  Procedure. The parties stipulate that the time from May 25, 2007, to June 8, 2007, should be

4  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

5  (B)(iv) for continuity of counsel and for adequate preparation of counsel.

6

7  DATED: 5/24/07                                   _____
                                                    JOYCE LEAVITT
8                                                   Assistant Federal Public Defender

9

10 DATED: 5/24/07                                   _____
                                                    STANLEY BOONE
11                                                  Assistant United States Attorney

12

13     I agree to the stipulation set out above and promise to appear before the Duty Magistrate, on

14 June 8, 2007, at 1:30 p.m. as ordered by the Court.
        1:00 PM
15                                                  _Giovanna Warren 2.8._____
16                                                  GIOVANNA WARREN

17

18                                        **ORDER**

19     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial

20 appearance/arraignment in this case, currently scheduled in the Eastern District of California on

21 Friday, May 25, 2007 at 1:30 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th
                                                           @ 1:00 pm
22 Floor, Fresno, California, may be continued to June 8, 2007, before the Duty Magistrate, located at
23
24 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment.

25     IT IS FURTHER ORDERED that the time from May 25, 2007 to June 8, 2007, should be

26

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT               -2-

excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 5/25/07              _____
                            United States Magistrate Judge

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                    - 3 -