FILED

JUN 7 2007

CLERK, U.S. DIST...
EASTERN DISTRICT...
BY_____
      DEPUTY C...

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant GIOVANNA WARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 1:07-00121-1-AWI |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING INITIAL |
| | ) | APPEARANCE/ARRAIGNMENT |
| | ) | DATE AND EXCLUSION OF TIME |
| GIOVANNA WARREN, | ) | OLD DATE: 6|8|07 |
| | ) | NEW DATE: 7|2|07 |
| Defendant. | ) | 9:00 AM |
| | | Judge Ishii |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 8, 2007 at 1:00 p.m. before the Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to Monday, July 2, 2007 at 9:00 a.m. for initial appearance/arraignment before The Hon. Anthony W. Ishii, United States District Judge at the same location?. The reason for the continuance is that the parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                  - 1 -

this is feasible. A continuance to July 2, 2007, at 9:00 a.m. will allow time to complete the investigation and determine whether or not the cases will be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties stipulate that the time from June 8, 2007, to July 2, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 6/7/07

JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 6/7/07

STANLEY BOONE
Assistant United States Attorney

I agree to the stipulation set out above and promise to appear before The Hon. Anthony W. Ishii, United States District Judge, on July 2, 2007, at 9:00 a.m. as ordered by the Court.

GIOVANNA WARREN

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Friday, June 6, 2007 at 1:00 p.m. before The Duty Magistrate, located at 2500 Tulare Street, 6th Floor, Fresno, California, may be continued to Monday, July 2, 2007, at 9:00 a.m. before The Hon. Anthony W. Ishii, United States District Judge, located at 2500 Tulare Street, 6th Floor, Fresno, California, for initial appearance/arraignment.

IT IS FURTHER ORDERED that the time from June 8, 2007 to July 2, 2007, should be

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                - 2 -

1  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
2  (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends
3  of justice served by the granting of the continuance outweigh the best interests of the public and the
4  defendant in a speedy and public trial and the failure to grant the requested continuance would
5  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
6  taking into account due diligence.
7  
8  SO ORDERED.
9  DATED: 6/7/07                         _____
10                                        S M SNYDER
                                          United States Magistrate Judge
11
12
...
26

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT          - 3 -