BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant GIOVANNA WARREN

**FILED**

JUL 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 1:07-00121-1-AWI |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] |
| v. ) | ORDER CONTINUING INITIAL |
| ) | APPEARANCE/ARRAIGNMENT |
| ) | DATE AND EXCLUSION OF TIME |
| GIOVANNA WARREN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the initial appearance/arraignment in this case, currently scheduled in the Eastern District of California on Monday, July 2, 2007, at 9:00 a.m. for initial appearance before the Hon. Anthony W. Ishii, United States District Judge, located at 2500 Tulare Street, Fresno, California, may be continued to Monday, August 27, 2007 at 9:00 a.m. before Judge Ishii for initial appearance/arraignment. The parties are discussing a possible Rule 20 to the Northern District of California and additional time and investigation is needed to determine whether this is feasible. A continuance to August 27, 2007,

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT　　　　- 1 -

1  at 9:00 a.m. will allow time to complete the investigation and determine whether or not the cases will

2  be transferred in accordance with Rule 20 of the Federal Rules of Criminal Procedure. The parties

3  stipulate that the time from July 2, 2007, to August 27, 2007, should be excluded in accordance with

4  the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of

5  counsel and for adequate preparation of counsel.

6

7  DATED: 7/10/07

8  JOYCE LEAVITT
   Assistant Federal Public Defender

9

10 DATED: 7/12/07

11 STANLEY BOONE
   Assistant United States Attorney

12

13  I agree to the stipulation set out above and promise to appear before The Hon. Anthony W.

14 Ishii, United States District Judge, on August 27, 2007, at 9:00 a.m. as ordered by the Court.

15

16 GIOVANNA WARREN

17

18 **ORDER**

19  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the that the initial

20 appearance/arraignment in this case, currently scheduled in the Eastern District of California on

21 Monday, July 2, 2007, at 9:00 a.m. before The Hon. Anthony W. Ishii, United States District Judge,

22 located at 2500 Tulare Street, 6th Floor, Fresno, California may be continued to, Monday, August 27,

23

24 2007, at 9:00 a.m. before Judge Ishii for initial appearance/arraignment.

25  IT IS FURTHER ORDERED that the time from July 2, 2007 to August 27, 2007, should be

26

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                        -2-

1 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and
2 (B)(iv) for continuity of counsel and adequate preparation of counsel. The Court finds that the ends
3 of justice served by the granting of the continuance outweigh the best interests of the public and the
4 defendant in a speedy and public trial and the failure to grant the requested continuance would
5 unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
6 taking into account due diligence.
7
8     SO ORDERED.
9 DATED:  7-23-07                    _____
                                      ANTHONY W. ISHII
10                                    United States District Judge
11
12
...
26

STIP. CONTINUING INITIAL
APPEARANCE/ARRAIGNMENT                      -3-